WILLIAM A. RITNER, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant.— The learned trial court had no discretionary power to allow the amendment to plaintiff's reply, which had the effect of

App. Div.]　　　Second Department, November, 1916.

creating a cause of action where none existed. The allowance of the amendment was an error, therefore, for which the judgment must be reversed and a new trial granted, costs to abide the final award of costs. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.